IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DARLENE TALLEY, individually, and as *guardian ad litem* of Tanisha Williams, an incompetent person,<br><br>        Plaintiff,<br>  v.<br><br>CITY OF CHARLOTTE; JOSEPH WHITE, both individually and in his official capacity as a law enforcement officer with the CMPD; WAYNE GOODE, III, both individually and in his official capacity as a law enforcement officer with the CMPD; and JOHN DOE, both individually and in his official capacity as a law enforcement officer with the CMPD,<br><br>        Defendants. | Case No.: 3:14-CV-683-MOC-DCK |

## DEFENDANT CITY OF CHARLOTTE'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S EXPERT REPORTS AND TO EXCLUDEPLAINTIFF'S EXPERT TESTIMONY

**Exhibit A:**    August 24, 2015 Ahrendt Report

**Exhibit B:**    September 2, 2015 Letter

**Exhibit C:**    Albrecht Identification

**Exhibit D:**    December 15, 2015 Ahrendt Report

    This 12th day of January, 2016.

                                          s/ Jason R. Benton
                                          Jason R. Benton
                                          N.C. State Bar No.: 27710

                                          Jessica C. Dixon
                                          N.C. State Bar No.: 36719


                                          Parker Poe Adams & Bernstein LLP
                                          Three Wells Fargo Center
                                          401 South Tryon Street, Suite 3000

Charlotte, N.C. 28202
Telephone: 704-372-9000
Facsimile: 704-334-4706
Email: jasonbenton@parkerpoe.com
jessicadixon@parkerpoe.com

*Attorneys for Defendant City of Charlotte*

# CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2016, a copy of the foregoing **Defendant City of Charlotte's Appendix of Exhibits in Support of Motion to Strike Plaintiff's Expert Reports and to Exclude Plaintiff's Expert Testimony** was filed electronically.  Notice of filing will be sent to all parties by operation of the Court's electronic filing system, including:

                William H. Harding
                LAW OFFICES OF WILLIAM H. HARDING
                Email:  bill@williamhharding.com

                Charles Ali Everage
                EVERAGE LAW FIRM, PLLC
                Email:  cae@everagelaw.com

                *Attorneys for Plaintiff*

                Lori R. Keeton
                LINCOLN DERR, PLLC
                Email:  lori.keeton@lincolnderr.com

                *Attorney for Defendant Wayne Goode, III*

                Patrick H. Flanagan
                CRANFILL SUMNER & HARTZOG LLP
                Email:  phf@cshlaw.com

                *Attorney for Defendant Joseph White*

                            s/ Jason R. Benton
                            Jason R. Benton
                            N.C. State Bar No.: 27710

                            Parker Poe Adams & Bernstein LLP
                            Three Wells Fargo Center
                            401 South Tryon Street, Suite 3000
                            Charlotte, N.C.  28202
                            Telephone: 704-372-9000
                            Facsimile: 704-334-4706
                            Email: jasonbenton@parkerpoe.com