# PRESENT VALUE OF EXPECTED CARE EXPENSES
## Tanisha Williams

Prepared at the Request of

William H. Harding, Esq.
Law Offices of William H. Harding
9115 Harris Corners Parkway – Suite 220
Charlotte, NC 28269

Prepared by

Gary R. Albrecht, Ph.D.
Albrecht Economics, Inc.
1817 Georgia Ave.
Winston-Salem, NC 27104

January 22, 2016

# PRESENT VALUE OF EXPECTED CARE EXPENSES
# Tanisha Williams

**Summary:**

The present value of the care expenses for Ms. Williams presented in the *Rehabilitation and Life Care Plan* prepared by Lurae Ahrendt, dated November 23, 2015, is **$12,703,851** for Option 1 (Home Care) and **$13,793,384** for Option 2 (Facility Care). The amounts are calculated using the life expectancy of 54.1 years. (Due to rounding to the nearest dollar the sum of the amounts in each column may not equal the sum of the components shown throughout this report.)

**Information Relied Upon:**

*Rehabilitation and Life Care Plan* prepared by Lurae Ahrendt, dated November 23, 2015;

*CPI Detailed Report* from the Bureau of Labor Statistics;

Interest Rates on Treasury Inflation Protected Securities as reported by the Board of Governors of the Federal Reserve System;

North Carolina Statutory *Life Expectancy Tables*.

**Present Value of Care Expenses:**

Two sets of Tables are provided. One set is captioned *Tanisha Williams_Present Value of Care Expenses, Option 1_Home Care*, the other set is captioned *Tanisha Williams_Present Value of Care Expenses, Option 2_Facility Care*. In each set Tables 1, 2 and 3 contain the present value of the expected future care expenses by year. Using the North Carolina Statutory *Life Expectancy Tables*, Mrs. Williams's current life expectancy is 54.1 years. The column *Year* list years from 1 through 55; the entry at year 55 is for .1 of a year.

For the categories in the *Life Care Plan* I calculated the current annual expenses as reported in the *Plan*. The categories are provided in Tables 1 and 2. The categories include: *Projected Evaluations; Projected Therapeutic Modalities; Wheelchairs(s)/ Mobility/ Maintenance; Durable Medical Items; Aids for Independent Living; Respiratory Needs; Supplies; Medication(s); Home Care/Facility Care; Future Medical Care Routine; Transportation; Architectural Renovations;* and, *Potential Complications*. For each category in the *Plan* I calculated the historical real growth rate of prices (the change in

relative price) by using data from the *CPI Detailed Report*. The growth rate of prices for the appropriate category was compared to the growth rate of prices of the CPI-U All items. The difference between the growth rate in prices of the category and the CPI-U All Items is the real growth rate of prices for the particular category. The endnotes in Table 4 contain the price data category from the *CPI Detailed Report* used in the calculation.

I then calculated the discount factor. The discount rate used in the discount factor is obtained from the interest rates on Treasury Inflation Protected Securities. The real interest rate used is 1.28 percent. The interest rate is reported by the Board of Governors of the Federal Reserve System.

The future interest rate paid on the Treasury Inflation Protected Securities is a function of the real interest rate and future inflation. The amounts shown in Tables 1 and 2 are calculated by first calculating the current cost in each future year. Then the expected real cost is calculated by applying the real growth factor to each year. The expected real cost is then multiplied by that year's real discount factor. Table 3 provides the summary.

**Conclusion:**

The columns *Present Value of Total Care Expenses: Option 1* and *Present Value of Total Care Expenses: Option 2* in Table 3 of each set contain the annual sums of the present value of the future care expenses. The sum, the present value of the care expenses, is **$12,703,851** for Option 1 (Home Care) and **$13,793,384** for Option 2 (Facility Care).

The calculations may change if additional information becomes available. Please do not hesitate to contact me if you have any questions.

*[signature]*

Gary R. Albrecht, Ph.D.

Table 1
# Present Value of Future Care Expenses

| Year | Projected Evaluations | Projected Therapeutic Modalities | Wheelchair(s)/ Mobility/ Maintenance | Durable Medical Items | Aids for Independent Living | Respiratory Needs | Supplies |
|---|---|---|---|---|---|---|---|
| | a & b | a & b | c & d | c | c | c & d | d |
| 1 | $3,423 | $19,969 | $1,299 | $6,836 | $835 | $12,211 | $7,674 |
| 2 | $2,369 | $3,736 | $841 | $729 | $35 | $12,074 | $7,577 |
| 3 | $2,061 | $1,936 | $833 | $791 | $34 | $11,962 | $7,481 |
| 4 | $2,052 | $1,920 | $824 | $783 | $34 | $11,850 | $7,387 |
| 5 | $2,044 | $1,904 | $816 | $776 | $34 | $11,740 | $7,293 |
| 6 | $1,941 | $1,889 | $808 | $769 | $33 | $11,631 | $7,201 |
| 7 | $1,933 | $1,873 | $800 | $762 | $33 | $11,523 | $7,110 |
| 8 | $1,926 | $1,858 | $792 | $755 | $33 | $11,416 | $7,020 |
| 9 | $1,919 | $1,842 | $785 | $748 | $32 | $11,310 | $6,932 |
| 10 | $1,912 | $1,827 | $777 | $741 | $32 | $11,205 | $6,844 |
| 11 | $1,906 | $1,812 | $769 | $734 | $32 | $11,100 | $6,757 |
| 12 | $1,899 | $1,797 | $762 | $727 | $32 | $10,997 | $6,672 |
| 13 | $1,892 | $1,783 | $754 | $720 | $31 | $10,895 | $6,588 |
| 14 | $1,885 | $1,768 | $747 | $714 | $31 | $10,794 | $6,504 |
| 15 | $1,879 | $1,753 | $739 | $707 | $31 | $10,693 | $6,422 |
| 16 | $1,872 | $1,739 | $732 | $701 | $30 | $10,594 | $6,341 |
| 17 | $1,866 | $1,725 | $725 | $694 | $30 | $10,496 | $6,261 |
| 18 | $1,860 | $1,711 | $718 | $688 | $30 | $10,398 | $6,182 |
| 19 | $1,853 | $1,697 | $711 | $681 | $30 | $10,301 | $6,104 |
| 20 | $1,847 | $1,683 | $704 | $675 | $29 | $10,206 | $6,027 |
| 21 | $1,841 | $1,670 | $697 | $669 | $29 | $10,111 | $5,950 |
| 22 | $1,835 | $1,656 | $690 | $662 | $29 | $10,017 | $5,875 |
| 23 | $1,829 | $1,643 | $683 | $656 | $29 | $9,924 | $5,801 |
| 24 | $1,823 | $1,629 | $676 | $650 | $28 | $9,831 | $5,728 |
| 25 | $1,817 | $1,616 | $670 | $644 | $28 | $9,740 | $5,655 |
| 26 | $1,812 | $1,603 | $663 | $638 | $28 | $9,650 | $5,584 |
| 27 | $1,806 | $1,590 | $657 | $632 | $27 | $9,560 | $5,513 |
| 28 | $1,800 | $1,577 | $650 | $626 | $27 | $9,471 | $5,444 |
| 29 | $1,795 | $1,565 | $644 | $621 | $27 | $9,383 | $5,375 |
| 30 | $1,789 | $1,552 | $638 | $615 | $27 | $9,296 | $5,307 |
| 31 | $1,784 | $1,540 | $631 | $609 | $26 | $9,209 | $5,240 |
| 32 | $1,778 | $1,527 | $625 | $603 | $26 | $9,124 | $5,174 |
| 33 | $1,773 | $1,515 | $619 | $598 | $26 | $9,039 | $5,108 |
| 34 | $1,768 | $1,503 | $613 | $592 | $26 | $8,955 | $5,044 |
| 35 | $1,762 | $1,491 | $607 | $587 | $25 | $8,872 | $4,980 |
| 36 | $1,757 | $1,479 | $601 | $581 | $25 | $8,789 | $4,917 |
| 37 | $1,752 | $1,467 | $595 | $576 | $25 | $8,708 | $4,855 |
| 38 | $1,747 | $1,456 | $589 | $571 | $25 | $8,627 | $4,793 |
| 39 | $1,742 | $1,444 | $583 | $565 | $25 | $8,546 | $4,733 |
| 40 | $1,737 | $1,433 | $578 | $560 | $24 | $8,467 | $4,673 |
| 41 | $1,732 | $1,422 | $572 | $555 | $24 | $8,388 | $4,614 |
| 42 | $1,728 | $1,410 | $566 | $550 | $24 | $8,310 | $4,556 |
| 43 | $1,723 | $1,399 | $561 | $545 | $24 | $8,233 | $4,498 |
| 44 | $1,718 | $1,388 | $555 | $540 | $23 | $8,157 | $4,441 |
| 45 | $1,714 | $1,377 | $550 | $535 | $23 | $8,081 | $4,385 |
| 46 | $1,709 | $1,366 | $545 | $530 | $23 | $8,006 | $4,330 |
| 47 | $1,704 | $1,356 | $539 | $525 | $23 | $7,931 | $4,275 |
| 48 | $1,700 | $1,345 | $534 | $520 | $23 | $7,858 | $4,221 |
| 49 | $1,696 | $1,335 | $529 | $515 | $22 | $7,785 | $4,168 |
| 50 | $1,691 | $1,324 | $524 | $510 | $22 | $7,712 | $4,115 |
| 51 | $1,687 | $1,314 | $518 | $505 | $22 | $7,640 | $4,063 |
| 52 | $1,683 | $1,304 | $513 | $501 | $22 | $7,569 | $4,012 |
| 53 | $1,679 | $1,294 | $508 | $496 | $22 | $7,499 | $3,961 |
| 54 | $1,674 | $1,284 | $503 | $492 | $21 | $7,429 | $3,911 |
| 55 | $167 | $127 | $50 | $49 | $2 | $736 | $386 |
| | $100,093 | $106,225 | $36,212 | $40,350 | $2,294 | $520,048 | $302,060 |

Case 3:14-cv-00683-MOC-DCK   Document 42   Filed 01/29/16   Page 4 of 11

Table 2
# Present Value of Future Care Expenses

| Year | Medication(s) | Home Care/ Facility Care Option 1 | Future Medical Care Routine | Transportation | Architectural Renovations | Potential Complications |
|---|---|---|---|---|---|---|
| | e&f | g | h | d | d | |
| 1 | $5,081 | $292,000 | $2,095 | $5,000 | $67,555 | $0 |
| 2 | $5,065 | $287,704 | $2,096 | $4,937 | $0 | $0 |
| 3 | $5,051 | $283,472 | $2,098 | $4,874 | $0 | $0 |
| 4 | $5,038 | $279,301 | $2,099 | $4,813 | $0 | $0 |
| 5 | $5,025 | $275,192 | $2,101 | $4,752 | $0 | $0 |
| 6 | $5,014 | $271,144 | $2,102 | $4,692 | $0 | $0 |
| 7 | $5,003 | $267,155 | $2,104 | $4,633 | $0 | $0 |
| 8 | $4,994 | $263,224 | $2,105 | $4,574 | $0 | $0 |
| 9 | $4,985 | $259,352 | $2,107 | $4,516 | $0 | $0 |
| 10 | $4,977 | $255,536 | $2,108 | $4,459 | $0 | $0 |
| 11 | $4,970 | $251,777 | $2,110 | $4,403 | $0 | $0 |
| 12 | $4,964 | $248,073 | $2,111 | $4,347 | $0 | $0 |
| 13 | $4,959 | $244,423 | $2,112 | $4,292 | $0 | $0 |
| 14 | $4,954 | $240,828 | $2,114 | $4,238 | $0 | $0 |
| 15 | $4,950 | $237,285 | $2,115 | $4,184 | $0 | $0 |
| 16 | $4,947 | $233,794 | $2,117 | $4,132 | $0 | $0 |
| 17 | $4,944 | $230,354 | $2,118 | $4,079 | $0 | $0 |
| 18 | $4,942 | $226,965 | $2,120 | $4,028 | $0 | $0 |
| 19 | $4,940 | $223,626 | $2,121 | $3,977 | $0 | $0 |
| 20 | $4,939 | $220,336 | $2,123 | $3,927 | $0 | $0 |
| 21 | $4,939 | $217,095 | $2,124 | $3,877 | $0 | $0 |
| 22 | $4,939 | $213,901 | $2,126 | $3,828 | $0 | $0 |
| 23 | $4,940 | $210,754 | $2,127 | $3,780 | $0 | $0 |
| 24 | $4,941 | $207,654 | $2,129 | $3,732 | $0 | $0 |
| 25 | $4,943 | $204,599 | $2,130 | $3,685 | $0 | $0 |
| 26 | $4,945 | $201,589 | $2,132 | $3,638 | $0 | $0 |
| 27 | $4,948 | $198,623 | $2,133 | $3,592 | $0 | $0 |
| 28 | $4,951 | $195,701 | $2,134 | $3,547 | $0 | $0 |
| 29 | $4,955 | $192,822 | $2,136 | $3,502 | $0 | $0 |
| 30 | $4,959 | $189,985 | $2,137 | $3,458 | $0 | $0 |
| 31 | $4,963 | $187,190 | $2,139 | $3,414 | $0 | $0 |
| 32 | $4,968 | $184,436 | $2,140 | $3,371 | $0 | $0 |
| 33 | $4,974 | $181,723 | $2,142 | $3,328 | $0 | $0 |
| 34 | $4,979 | $179,049 | $2,143 | $3,286 | $0 | $0 |
| 35 | $4,985 | $176,415 | $2,145 | $3,245 | $0 | $0 |
| 36 | $4,991 | $173,820 | $2,146 | $3,204 | $0 | $0 |
| 37 | $4,998 | $171,263 | $2,148 | $3,163 | $0 | $0 |
| 38 | $5,005 | $168,743 | $2,149 | $3,123 | $0 | $0 |
| 39 | $5,013 | $166,261 | $2,151 | $3,084 | $0 | $0 |
| 40 | $5,020 | $163,815 | $2,152 | $3,045 | $0 | $0 |
| 41 | $5,028 | $161,405 | $2,154 | $3,006 | $0 | $0 |
| 42 | $5,036 | $159,030 | $2,155 | $2,968 | $0 | $0 |
| 43 | $5,045 | $156,691 | $2,157 | $2,931 | $0 | $0 |
| 44 | $5,054 | $154,385 | $2,158 | $2,894 | $0 | $0 |
| 45 | $5,063 | $152,114 | $2,160 | $2,857 | $0 | $0 |
| 46 | $5,073 | $149,876 | $2,161 | $2,821 | $0 | $0 |
| 47 | $5,082 | $147,671 | $2,163 | $2,785 | $0 | $0 |
| 48 | $5,092 | $145,499 | $2,164 | $2,750 | $0 | $0 |
| 49 | $5,103 | $143,358 | $2,166 | $2,715 | $0 | $0 |
| 50 | $5,113 | $141,249 | $2,167 | $2,681 | $0 | $0 |
| 51 | $5,124 | $139,171 | $2,169 | $2,647 | $0 | $0 |
| 52 | $5,135 | $137,124 | $2,170 | $2,614 | $0 | $0 |
| 53 | $5,146 | $135,106 | $2,172 | $2,581 | $0 | $0 |
| 54 | $5,158 | $133,119 | $2,173 | $2,548 | $0 | $0 |
| 55 | $517 | $13,116 | $217 | $252 | $0 | $0 |
| | $270,871 | $10,945,892 | $115,445 | $196,807 | $67,555 | $0 |

Table 3
# Present Value of Future Care Expenses - Summary

| Year | Present Value of Care Expenses: Option 1 | Cumulative Present Value of Care Expenses: Option 1 |
|---|---|---|
| 1 | $423,977 | $423,977 |
| 2 | $327,163 | $751,140 |
| 3 | $320,592 | $1,071,732 |
| 4 | $316,102 | $1,387,835 |
| 5 | $311,678 | $1,699,513 |
| 6 | $307,224 | $2,006,737 |
| 7 | $302,929 | $2,309,666 |
| 8 | $298,697 | $2,608,363 |
| 9 | $294,528 | $2,902,891 |
| 10 | $290,419 | $3,193,309 |
| 11 | $286,370 | $3,479,680 |
| 12 | $282,381 | $3,762,061 |
| 13 | $278,450 | $4,040,511 |
| 14 | $274,576 | $4,315,087 |
| 15 | $270,759 | $4,585,846 |
| 16 | $266,998 | $4,852,845 |
| 17 | $263,292 | $5,116,137 |
| 18 | $259,640 | $5,375,777 |
| 19 | $256,042 | $5,631,819 |
| 20 | $252,496 | $5,884,314 |
| 21 | $249,001 | $6,133,315 |
| 22 | $245,558 | $6,378,873 |
| 23 | $242,165 | $6,621,039 |
| 24 | $238,822 | $6,859,860 |
| 25 | $235,527 | $7,095,388 |
| 26 | $232,281 | $7,327,668 |
| 27 | $229,082 | $7,556,750 |
| 28 | $225,929 | $7,782,679 |
| 29 | $222,823 | $8,005,502 |
| 30 | $219,762 | $8,225,264 |
| 31 | $216,746 | $8,442,009 |
| 32 | $213,773 | $8,655,783 |
| 33 | $210,844 | $8,866,627 |
| 34 | $207,958 | $9,074,585 |
| 35 | $205,114 | $9,279,699 |
| 36 | $202,311 | $9,482,010 |
| 37 | $199,550 | $9,681,560 |
| 38 | $196,828 | $9,878,388 |
| 39 | $194,147 | $10,072,534 |
| 40 | $191,504 | $10,264,038 |
| 41 | $188,900 | $10,452,938 |
| 42 | $186,334 | $10,639,272 |
| 43 | $183,805 | $10,823,078 |
| 44 | $181,314 | $11,004,391 |
| 45 | $178,858 | $11,183,250 |
| 46 | $176,439 | $11,359,689 |
| 47 | $174,055 | $11,533,744 |
| 48 | $171,705 | $11,705,449 |
| 49 | $169,390 | $11,874,839 |
| 50 | $167,109 | $12,041,949 |
| 51 | $164,861 | $12,206,810 |
| 52 | $162,646 | $12,369,456 |
| 53 | $160,463 | $12,529,919 |
| 54 | $158,312 | $12,688,231 |
| 55 | $15,619 | $12,703,851 |
| | $12,703,851 | |

**Table 4**

a) Real growth of 1.40% (CPI-U Physicians' Services less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

b) Real growth of 0.35% (CPI-U Services of Other Medical Professional less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

c) Real growth of .34% (CPI-U Medical Equipment and Supplies less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

d) Real growth of .0%, real discount rate of 1.28% from Treasury Inflation Protected Securities

e) Real growth of 2.23% (CPI-U Prescription Drugs less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

f) Real growth of -3.01% (CPI-U Nonprescription Drugs less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

g) Real growth of -.21% (CPI-U Care of Invalids and Elderly at Home less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

h) Real growth of 1.35% (CPI-U Professional Services less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

**Table 1**

# Present Value of Future Care Expenses

| Year | Projected Evaluations | Projected Therapeutic Modalities | Wheelchair(s)/ Mobility/ Maintenance | Durable Medical Items | Aids for Independent Living | Respiratory Needs | Supplies |
|---|---|---|---|---|---|---|---|
|  | a & b | a & b | c & d | c | c | c & d | d |
| 1 | $3,423 | $19,969 | $1,299 | $30 | $835 | $12,211 | $7,476 |
| 2 | $2,369 | $3,736 | $841 | $30 | $35 | $12,074 | $7,382 |
| 3 | $2,061 | $1,936 | $833 | $30 | $34 | $11,962 | $7,288 |
| 4 | $2,052 | $1,920 | $824 | $29 | $34 | $11,850 | $7,196 |
| 5 | $2,044 | $1,904 | $816 | $29 | $34 | $11,740 | $7,105 |
| 6 | $1,941 | $1,889 | $808 | $29 | $33 | $11,631 | $7,015 |
| 7 | $1,933 | $1,873 | $800 | $29 | $33 | $11,523 | $6,927 |
| 8 | $1,926 | $1,858 | $792 | $28 | $33 | $11,416 | $6,839 |
| 9 | $1,919 | $1,842 | $785 | $28 | $32 | $11,310 | $6,753 |
| 10 | $1,912 | $1,827 | $777 | $28 | $32 | $11,205 | $6,667 |
| 11 | $1,906 | $1,812 | $769 | $28 | $32 | $11,100 | $6,583 |
| 12 | $1,899 | $1,797 | $762 | $27 | $32 | $10,997 | $6,500 |
| 13 | $1,892 | $1,783 | $754 | $27 | $31 | $10,895 | $6,418 |
| 14 | $1,885 | $1,768 | $747 | $27 | $31 | $10,794 | $6,337 |
| 15 | $1,879 | $1,753 | $739 | $27 | $31 | $10,693 | $6,257 |
| 16 | $1,872 | $1,739 | $732 | $26 | $30 | $10,594 | $6,178 |
| 17 | $1,866 | $1,725 | $725 | $26 | $30 | $10,496 | $6,099 |
| 18 | $1,860 | $1,711 | $718 | $26 | $30 | $10,398 | $6,022 |
| 19 | $1,853 | $1,697 | $711 | $26 | $30 | $10,301 | $5,946 |
| 20 | $1,847 | $1,683 | $704 | $25 | $29 | $10,206 | $5,871 |
| 21 | $1,841 | $1,670 | $697 | $25 | $29 | $10,111 | $5,797 |
| 22 | $1,835 | $1,656 | $690 | $25 | $29 | $10,017 | $5,724 |
| 23 | $1,829 | $1,643 | $683 | $25 | $29 | $9,924 | $5,651 |
| 24 | $1,823 | $1,629 | $676 | $24 | $28 | $9,831 | $5,580 |
| 25 | $1,817 | $1,616 | $670 | $24 | $28 | $9,740 | $5,509 |
| 26 | $1,812 | $1,603 | $663 | $24 | $28 | $9,650 | $5,440 |
| 27 | $1,806 | $1,590 | $657 | $24 | $27 | $9,560 | $5,371 |
| 28 | $1,800 | $1,577 | $650 | $24 | $27 | $9,471 | $5,303 |
| 29 | $1,795 | $1,565 | $644 | $23 | $27 | $9,383 | $5,236 |
| 30 | $1,789 | $1,552 | $638 | $23 | $27 | $9,296 | $5,170 |
| 31 | $1,784 | $1,540 | $631 | $23 | $26 | $9,209 | $5,105 |
| 32 | $1,778 | $1,527 | $625 | $23 | $26 | $9,124 | $5,040 |
| 33 | $1,773 | $1,515 | $619 | $22 | $26 | $9,039 | $4,976 |
| 34 | $1,768 | $1,503 | $613 | $22 | $26 | $8,955 | $4,913 |
| 35 | $1,762 | $1,491 | $607 | $22 | $25 | $8,872 | $4,851 |
| 36 | $1,757 | $1,479 | $601 | $22 | $25 | $8,789 | $4,790 |
| 37 | $1,752 | $1,467 | $595 | $22 | $25 | $8,708 | $4,730 |
| 38 | $1,747 | $1,456 | $589 | $21 | $25 | $8,627 | $4,670 |
| 39 | $1,742 | $1,444 | $583 | $21 | $25 | $8,546 | $4,611 |
| 40 | $1,737 | $1,433 | $578 | $21 | $24 | $8,467 | $4,552 |
| 41 | $1,732 | $1,422 | $572 | $21 | $24 | $8,388 | $4,495 |
| 42 | $1,728 | $1,410 | $566 | $21 | $24 | $8,310 | $4,438 |
| 43 | $1,723 | $1,399 | $561 | $20 | $24 | $8,233 | $4,382 |
| 44 | $1,718 | $1,388 | $555 | $20 | $23 | $8,157 | $4,327 |
| 45 | $1,714 | $1,377 | $550 | $20 | $23 | $8,081 | $4,272 |
| 46 | $1,709 | $1,366 | $545 | $20 | $23 | $8,006 | $4,218 |
| 47 | $1,704 | $1,356 | $539 | $20 | $23 | $7,931 | $4,165 |
| 48 | $1,700 | $1,345 | $534 | $20 | $23 | $7,858 | $4,112 |
| 49 | $1,696 | $1,335 | $529 | $19 | $22 | $7,785 | $4,060 |
| 50 | $1,691 | $1,324 | $524 | $19 | $22 | $7,712 | $4,009 |
| 51 | $1,687 | $1,314 | $518 | $19 | $22 | $7,640 | $3,958 |
| 52 | $1,683 | $1,304 | $513 | $19 | $22 | $7,569 | $3,908 |
| 53 | $1,679 | $1,294 | $508 | $19 | $22 | $7,499 | $3,859 |
| 54 | $1,674 | $1,284 | $503 | $18 | $21 | $7,429 | $3,810 |
| 55 | $167 | $127 | $50 | $2 | $2 | $736 | $376 |
|  | $100,093 | $106,225 | $36,242 | $1,291 | $2,942 | $520,048 | $294,266 |

**Table 2**

# Present Value of Future Care Expenses

| Year | Medication(s) | Home Care/ Facility Care Option 2 | Future Medical Care Routine | Transportation | Architectural Renovations | Potential Complications |
|---|---|---|---|---|---|---|
| | e&f | g | h | d | d | |
| 1 | $5,081 | $201,842 | $2,095 | $0 | $0 | $0 |
| 2 | $5,065 | $202,759 | $2,096 | $0 | $0 | $0 |
| 3 | $5,051 | $203,680 | $2,098 | $0 | $0 | $0 |
| 4 | $5,038 | $204,605 | $2,099 | $0 | $0 | $0 |
| 5 | $5,025 | $205,534 | $2,101 | $0 | $0 | $0 |
| 6 | $5,014 | $206,468 | $2,102 | $0 | $0 | $0 |
| 7 | $5,003 | $207,405 | $2,104 | $0 | $0 | $0 |
| 8 | $4,994 | $208,347 | $2,105 | $0 | $0 | $0 |
| 9 | $4,985 | $209,294 | $2,107 | $0 | $0 | $0 |
| 10 | $4,977 | $210,244 | $2,108 | $0 | $0 | $0 |
| 11 | $4,970 | $211,199 | $2,110 | $0 | $0 | $0 |
| 12 | $4,964 | $212,158 | $2,111 | $0 | $0 | $0 |
| 13 | $4,959 | $213,122 | $2,112 | $0 | $0 | $0 |
| 14 | $4,954 | $214,090 | $2,114 | $0 | $0 | $0 |
| 15 | $4,950 | $215,062 | $2,115 | $0 | $0 | $0 |
| 16 | $4,947 | $216,039 | $2,117 | $0 | $0 | $0 |
| 17 | $4,944 | $217,020 | $2,118 | $0 | $0 | $0 |
| 18 | $4,942 | $218,006 | $2,120 | $0 | $0 | $0 |
| 19 | $4,940 | $218,996 | $2,121 | $0 | $0 | $0 |
| 20 | $4,939 | $219,991 | $2,123 | $0 | $0 | $0 |
| 21 | $4,939 | $220,990 | $2,124 | $0 | $0 | $0 |
| 22 | $4,939 | $221,994 | $2,126 | $0 | $0 | $0 |
| 23 | $4,940 | $223,002 | $2,127 | $0 | $0 | $0 |
| 24 | $4,941 | $224,015 | $2,129 | $0 | $0 | $0 |
| 25 | $4,943 | $225,032 | $2,130 | $0 | $0 | $0 |
| 26 | $4,945 | $226,054 | $2,132 | $0 | $0 | $0 |
| 27 | $4,948 | $227,081 | $2,133 | $0 | $0 | $0 |
| 28 | $4,951 | $228,112 | $2,134 | $0 | $0 | $0 |
| 29 | $4,955 | $229,148 | $2,136 | $0 | $0 | $0 |
| 30 | $4,959 | $230,189 | $2,137 | $0 | $0 | $0 |
| 31 | $4,963 | $231,235 | $2,139 | $0 | $0 | $0 |
| 32 | $4,968 | $232,285 | $2,140 | $0 | $0 | $0 |
| 33 | $4,974 | $233,340 | $2,142 | $0 | $0 | $0 |
| 34 | $4,979 | $234,400 | $2,143 | $0 | $0 | $0 |
| 35 | $4,985 | $235,464 | $2,145 | $0 | $0 | $0 |
| 36 | $4,991 | $236,534 | $2,146 | $0 | $0 | $0 |
| 37 | $4,998 | $237,608 | $2,148 | $0 | $0 | $0 |
| 38 | $5,005 | $238,687 | $2,149 | $0 | $0 | $0 |
| 39 | $5,013 | $239,771 | $2,151 | $0 | $0 | $0 |
| 40 | $5,020 | $240,860 | $2,152 | $0 | $0 | $0 |
| 41 | $5,028 | $241,954 | $2,154 | $0 | $0 | $0 |
| 42 | $5,036 | $243,053 | $2,155 | $0 | $0 | $0 |
| 43 | $5,045 | $244,157 | $2,157 | $0 | $0 | $0 |
| 44 | $5,054 | $245,266 | $2,158 | $0 | $0 | $0 |
| 45 | $5,063 | $246,380 | $2,160 | $0 | $0 | $0 |
| 46 | $5,073 | $247,499 | $2,161 | $0 | $0 | $0 |
| 47 | $5,082 | $248,623 | $2,163 | $0 | $0 | $0 |
| 48 | $5,092 | $249,752 | $2,164 | $0 | $0 | $0 |
| 49 | $5,103 | $250,887 | $2,166 | $0 | $0 | $0 |
| 50 | $5,113 | $252,026 | $2,167 | $0 | $0 | $0 |
| 51 | $5,124 | $253,171 | $2,169 | $0 | $0 | $0 |
| 52 | $5,135 | $254,321 | $2,170 | $0 | $0 | $0 |
| 53 | $5,146 | $255,476 | $2,172 | $0 | $0 | $0 |
| 54 | $5,158 | $256,636 | $2,173 | $0 | $0 | $0 |
| 55 | $517 | $25,780 | $217 | $0 | $0 | $0 |

Table 3

# Present Value of
# Future Care Expenses - Summary

| Year | Present Value of Care Expenses: Option 2 | Cumulative Present Value of Care Expenses: Option 2 |
|---|---|---|
| 1 | $254,261 | $254,261 |
| 2 | $236,387 | $490,647 |
| 3 | $234,972 | $725,619 |
| 4 | $235,648 | $961,267 |
| 5 | $236,333 | $1,197,600 |
| 6 | $236,930 | $1,434,530 |
| 7 | $237,630 | $1,672,160 |
| 8 | $238,339 | $1,910,499 |
| 9 | $239,054 | $2,149,553 |
| 10 | $239,778 | $2,389,331 |
| 11 | $240,509 | $2,629,840 |
| 12 | $241,247 | $2,871,087 |
| 13 | $241,993 | $3,113,079 |
| 14 | $242,746 | $3,355,825 |
| 15 | $243,506 | $3,599,332 |
| 16 | $244,274 | $3,843,606 |
| 17 | $245,049 | $4,088,655 |
| 18 | $245,832 | $4,334,487 |
| 19 | $246,621 | $4,581,108 |
| 20 | $247,418 | $4,828,527 |
| 21 | $248,222 | $5,076,749 |
| 22 | $249,034 | $5,325,783 |
| 23 | $249,852 | $5,575,634 |
| 24 | $250,677 | $5,826,312 |
| 25 | $251,510 | $6,077,822 |
| 26 | $252,350 | $6,330,172 |
| 27 | $253,197 | $6,583,369 |
| 28 | $254,051 | $6,837,419 |
| 29 | $254,912 | $7,092,331 |
| 30 | $255,780 | $7,348,110 |
| 31 | $256,655 | $7,604,765 |
| 32 | $257,537 | $7,862,302 |
| 33 | $258,426 | $8,120,728 |
| 34 | $259,322 | $8,380,050 |
| 35 | $260,225 | $8,640,275 |
| 36 | $261,135 | $8,901,410 |
| 37 | $262,052 | $9,163,462 |
| 38 | $262,976 | $9,426,438 |
| 39 | $263,907 | $9,690,346 |
| 40 | $264,845 | $9,955,191 |
| 41 | $265,790 | $10,220,981 |
| 42 | $266,742 | $10,487,723 |
| 43 | $267,701 | $10,755,424 |
| 44 | $268,667 | $11,024,091 |
| 45 | $269,640 | $11,293,731 |
| 46 | $270,619 | $11,564,350 |
| 47 | $271,606 | $11,835,956 |
| 48 | $272,600 | $12,108,555 |
| 49 | $273,600 | $12,382,156 |
| 50 | $274,608 | $12,656,763 |
| 51 | $275,622 | $12,932,386 |
| 52 | $276,644 | $13,209,029 |
| 53 | $277,672 | $13,486,702 |
| 54 | $278,708 | $13,765,409 |
| 55 | $27,975 | $13,793,384 |
| | $13,793,384 | |

# Table 4

a) Real growth of 1.40% (CPI-U Physicians' Services less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

b) Real growth of 0.35% (CPI-U Services of Other Medical Professional less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

c) Real growth of .34% (CPI-U Medical Equipment and Supplies less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

d) Real growth of .0%, real discount rate of 1.28% from Treasury Inflation Protected Securities

e) Real growth of 2.23% (CPI-U Prescription Drugs less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

f) Real growth of -3.01% (CPI-U Nonprescription Drugs less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

g) Real growth of 1.74% (CPI-U Nursing Home and Adult Day Services less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities

h) Real growth of 1.35% (CPI-U Professional Services less CPI-U All items), real discount rate of 1.28% from Treasury Inflation Protected Securities