IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:14-CV-683

| DARLENE TALLEY, individually, and as *guardian ad litem* of Tanisha Williams, an incompetent person, | ) ) ) ) |
|---|---|
| Plaintiff, | ) ) |
| v. | ) ) |
| CITY OF CHARLOTTE; JOSEPH WHITE, both individually and in his official capacity as a law enforcement officer with the CMPD; WAYNE GOODE III, both individually and in his official capacity as a law enforcement officer with the CMPD; and, JOHN DOE, both individually and in his Official capacity as a law enforcement officer for the CMPD, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND PRETRIAL ORDER AND CASE MANAGEMENT PLAN TO EXTEND THE DISCOVERY COMPLETION DEADLINE AND ALLOW ADDITIONAL REQUESTS FOR ADMISSION TO DEFENDANT WAYNE GOODE, III

| Exh # | Description |
|---|---|
| 1 | Synopsis of 12/01/09 incident, bate #26-27 |
| 2 | City of Charlotte's Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents |
| 3 | Wayne Goode III's Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents |
| 4 | Depo of Wayne Goode |
| 5 | City of Charlotte bate stamp #2037-2043 |
| 6 | 2016_03_14 ltr from COC atty |