# Talley v. City of Charlotte et al
## USDC - Western District
## Charlotte Division

## Civil Action No. 3:14-CV-683

### INDEX TO EXHIBITS FOR DEFENDANT JOSEPH WHITE'S MEMORANDUM OF LAW FOR THEIR MOTION FOR SUMMARY JUDGMENT

**EXHIBIT:**      **DOCUMENT:**

A.      Joseph White Deposition Excerpts: 33; 36-38; 50; 68.