# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-683-MOC-DCK

| | |
|---|---|
| **DARLENE TALLEY, individually and as guardian ad litem of Tanisha Williams, an incompetent person,** ) ) ) ) **Plaintiff,** ) ) v. ) ) **CITY OF CHARLOTTE; JOSEPH WHITE,** both individually and in his official capacity as a law enforcement officer with the CMPD; **WAYNE GOODE III**, both individually and in his official capacity as a law enforcement officer with the CMPD; and **JOHN DOE**, both individually and in his official capacity as a law enforcement officer for the CMPD, ) ) ) ) ) ) ) ) ) ) ) **Defendants.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Seal" (Document No. 56) filed April 19, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Seal" (Document No. 56) is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibits B and D to "Defendant City Of Charlotte's Brief In Support Of Motion For Summary Judgment" (Document No. 59); and Exhibit 4 to Defendant Wayne Goode III's Brief In Support Of Motion For Summary Judgment (Document No. 63) shall be sealed until otherwise ordered by the Court.

**SO ORDERED**.

Signed: April 20, 2016

David C. Keesler
United States Magistrate Judge