IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:14-CV-683

DARLENE TALLEY, individually, and as )
*guardian ad litem* of Tanisha Williams, an )
incompetent person, )
)
      Plaintiff, )
  v. )
)
CITY OF CHARLOTTE; JOSEPH WHITE, both )
individually and in his official capacity as a law )
enforcement officer with the CMPD; WAYNE )
GOODE III, both individually and in his official )
capacity as a law enforcement officer with the )
CMPD; and, JOHN DOE, both individually and in )
his Official capacity as a law enforcement officer )
for the CMPD, )
)
      Defendants. )
)

## **EXHIBITS TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMARY JUDGMENT**

| Exh # | Description |
|---|---|
| 1 | Excerpts from the Transcript of Darlene Talley |
| 2 | 1/5/10 Intake Assessment |
| 3 | CMC records 12/01/09 |
| 4 | City of Charlotte Initial Disclosures |
| 5 | Affidavit of Dr. Mojeed Akintayo |
| 6 | Life Care Plan by LuRae Ahrendt |
| 7 | Excerpts from the Transcript of Wayne W. Goode, III |
| 8 | Excerpts from the Transcript of Terry Scott Howard |
| 9 | Excerpts from the Transcript of Christine Williams |
| 10 | Certified Transcript of DMVR |
| 11 | Excerpts from the Transcript of Joseph Samuel White |
| 12 | Excerpts from Terry Scott Howard's recorded statement |
| 13 | Excerpts from Joseph Samuel White's interview |
| 14 | Excerpts from Wayne W. Goode, III's recorded statement |
| 15 | Audio Dispatch Transmission |
| 16 | Directive 500-003 Management of Subjects in Extreme Distress |
| 17 | Prisoner Transport |

| 18 | Excerpts from the Transcript of Kenneth Wallentine |
|----|----|
| 19 | Roy Taylor CV |
| 20 | Expert Report of Roy G. Taylor |
| 21 | Excerpts from the Transcript of Roy G. Taylor |
| 22 | Fayetteville SOP Securing Searching and Transporting Arrested Persons |
| 23 | Statement of Damon Green |
| 24 | Statement of Wayne Goode |
| 25 | 2010_12_30 supervisors synopsis |
| 26 | Excerpts from the Transcript of Damon Green |
| 27 | Goode Interrogatory response #6 |
| 28 | Excerpts from Wayne W. Goode, III's recorded statement |