UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00683-MOC-DCK

| | | |
|---|---|---|
| **DARLENE TALLEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CITY OF CHARLOTTE** | ) | |
| **MECKLENBURG COUNTY** | ) | |
| **JOHN DOE** | ) | |
| **JOSEPH WHITE** | ) | |
| **WAYNE GOODE III,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motions for Summary Judgment. Having initially considered defendants' Motions for Summary Judgment and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motions for Summary Judgment be **CALENDARED** for Oral Arguments on the next available civil motions day in Charlotte.

Signed: May 18, 2016

Max O. Cogburn Jr.
United States District Judge

-1-